```
1   RICHARD MAC BRIDE, SB# 199695
2   Law Offices Richard Mac Bride
    855 Marina Bay Parkway, Suite 210
3   RICHMOND, CA 94804
    Phone 415-730-6289
4   Fax 510-439-2786
5   Attorney for Richard Sepulveda
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Richard Sepulveda, Plaintiff, ) | Case Number 20-8136 HSG |
| vs, ) | STIPULATION AND ORDER TO EXTEND |
| Kun Zhou, et al., Defendants. ) | TIME UNDER F.R.C.P. 12(f) |

TO THE CLERK OF THE ABOVE-ENTITLED COURT AND TO ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:

   WHEREAS, this case has been assigned for early disclosures and mediation under General Order 56, and the parties to this stipulation want to make best efforts to settle this case without litigation;

   WHEREAS, Plaintiff's deadline for filing a motion under FRCP 12(f) to strike insufficient defenses from the answer of defendant Kun Zhou ("Defendant")(answer is Docket #7, filed December 4, 2020) is December 24, 2020 (that is, 21 days); and

   WHEREAS, Plaintiff and Defendants have tried informally but have not yet been able to resolve their disagreements over the answer of Defendants; however, they wish to avoid the necessity of Plaintiff filing a Rule 12(f) motion unless/until mediation pursuant to General Order No. 56, Paragraph 7 does not succeed;

   THEREFORE:

   IT IS HEREBY STIPULATED by and among all parties that the deadline for Plaintiff to file any motion to strike under Federal Rule of Civil Procedure 12(f) be extended to 21 days past the date that the mediator certifies that the mediation under General Order 56 has been completed. It is also stipulated that (1) Plaintiff and Defendants shall meet and confer within seven (7) days

after the mediation has been certified as completed; (2) that Defendants shall thereafter be allowed an opportunity to voluntarily amend their answers prior to plaintiff filing any rule 12(f) motion; (3) that any amended answer shall be filed no later than seven (7) days after Plaintiff and Defendants have met and conferred..

Law Offices of Richard A. Mac Bride

Richard Mac Bride /s/ Richard A. Mac Bride     Date: December 7, 2020

Attorney for Plaintiff

SAC Attorneys, LLP

James Cai /s/ James Cai     Date: December 7, 2020

Attorney for Defendant Kun Zhou

FILER'S ATTESTATION

Pursuant to General Order 45, Section X(B), I hereby attest that on December 7, 2020, I, Richard A. Mac Bride, the attorney of record for plaintiff herein, received the concurrence of attorney James Cai, attorney for Defendants, in the filing of this document.

/s/ Richard A. Mac Bride

Richard A. Mac Bride

ORDER

Pursuant to the stipulation of the parties, and for good cause shown, it is hereby ORDERED, that with respect to the answer filed by defendant Kun Zhou (Docket #8) in the case of Sepulveda v. Zhou et al., No. 20-8136 HSG, the deadline for plaintiff to file any motion under Federal Rule of Civil Procedure 12(f) be extended to 21 days past the date that the mediator certifies that mediation under General Order 56 has been completed. Plaintiff and defendant Kun Zhou shall meet and confer within seven (7) days after the mediation has been certified as being completed. Defendant Kun Zhou shall thereafter have an opportunity to voluntarily amend his answer prior to plaintiff filing any Rule 12(f) motion with respect to the answers filed by defendant Kun Zhou. Any amended answer shall be filed no later than seven (7) days after the parties meet and confer.

IT IS SO ORDERED.

Date: 12/9/2020

Haywood S. Gilliam, Jr.
United States District Judge