AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of California

|  |  |  |
|---|---|---|
| Richard Sepulveda | ) ) ) ) ) ) | |
| *Plaintiff(s)* | ) | Civil Action No. 4:20-cv-08136 HSG |
| v. | ) ) ) | |
| Kun Zhou, individually and dba Crabby Crabby Restaurant; Hopewealth LLC; and Does 1 to 50 | ) ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
    Kun Zhou, 16490 East 14th Street, San Leandro, CA 94578
    Hopewealth LLC, 100 Crest Road, Piedmont, CA 94611

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Richard A. Mac Bride, 855 Marina Bay Parkway, #210, Richmond, CA 94804. Telephone 415-730-6289

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*
*Susan Y. Soong*

Date:  11/20/2020

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):* _____

_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

| *Attorney or Party without Attorney:*<br>RICHARD A. MAC BRIDE ESQ., Bar #199695<br>LAW OFFICES OF RICHARD A. MAC BRIDE<br>855 MARINA BAY PARKWAY<br>#210<br>RICHMOND, CA 94804 | *For Court Use Only* |
|---|---|

*Telephone No:* 415-730-6289    *FAX No:* 510-439-2786
richardmacbridelaw@gmail.com
*Attorney for:* Plaintiffs

*Ref. No. or File No.:*
SEPULVEDA V ZHOU

*Insert name of Court, and Judicial District and Branch Court:*
 United States District Court, Northern District Of California

*Plaintiffs:* RICHARD SEPULVEDA

*Defendant:* KUN ZHOU, INDIVIDUALLY AND DBA CRABBY CRABBY RESTAURANT; ET A

| **PROOF OF SERVICE**<br>**SUMMONS** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>4 20-cv-08136 HSG |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons In A Civil Action; Complaint For Injunctive Relief And Damages: Denial Of Civil Rights Of A Disabled Person, In Violation Of The Americans With Disabilities Act Of 1990 As Amended, And Violation Of California's Civil Rights Statues; Scheduling Order For Cases Asserting Denial Of Right Of Access Under Americans With Disabilities Act Title Ii & Iii (42 U.S.C. 12131-89); Important Advisory Information For Building Owners And Tenants Dal-001; Blank Answer-Disability Access Dal-002; Blank Defendant's Application Pursuant To Civil Code Section 55.54 Dal-005; Blank Confidential Cover Sheet And Declaration Dal-006; Blank Notice Of Stay Of Proceedings And Early Evaluation Conference Joint Inspection Dal-010; Blank Proof Of Service Dal-012; Blank Application For Mandatory Evaluation Conference Dal-015; Blank Notice Of Mandatory Evaluation Conference Dal-020

3. a. *Party served:*
   b. *Person served:*

   KUN ZHOU, INDIVIDUALLY AND DBA CRABBY CRABBY RESTAURANT
   TIAN "DOE", EMPLOYEE, DID NOT GIVE LAST NAME, Asian, Female, 30 Years Old, Brown Hair, Brown Eyes, 5 Feet 6 Inches, 130 Pounds

4. *Address where the party was served:*

   16490 EAST 14TH ST
   SAN LEANDRO, CA 94578

5. *I served the party:*
   b. **by substituted service.** On: Sun., Nov. 29, 2020 at: 12:39PM By Leaving Copies in the Presence of the Subject
   TIAN "DOE", EMPLOYEE, DID NOT GIVE LAST NAME, Asian, Female, 30 Years Old, Brown Hair, Brown Eyes, 5 Feet 6 Inches, 130 Pounds
   (1) **(Business)** a Person in charge at least 18 years of age apparently in charge of the office or usual place of business of the person served. I informed him or her of the general nature of the papers.
   (4) A declaration of mailing is attached.

7. *Person Who Served Papers:*
   a. TIM AULT
   b. One Hour Delivery Service
      2920 Camino Diablo Ste. 100
      WALNUT CREEK, CA 94597
   c. 925-947-3470, FAX 925-947-3480

   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   d. *The Fee for Service was:*   $87.00
   e. I am: (3) registered California process server
      *(i)* Independent Contractor
      *(ii) Registration No.:*   924
      *(iii) County:*   ALAMEDA
      *(iv) Expiration Date:*   Sat, Mar. 05, 2022

8. *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*
   *Date:* Mon, Nov. 30, 2020

(TIM AULT)

Judicial Council Form
Rule 2.150.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE
SUMMONS

681657   .macb.91339

| Attorney or Party without Attorney: | For Court Use Only |
|---|---|
| RICHARD A. MAC BRIDE ESQ., Bar #199695<br>LAW OFFICES OF RICHARD A. MAC BRIDE<br>855 MARINA BAY PARKWAY<br>#210<br>RICHMOND, CA 94804<br>Telephone No: 415-730-6289    FAX: No: 510-439-2786 | |

| Attorney for: Plaintiffs | Ref. No or File No.:<br>SEPULVEDA V ZHOU |
|---|---|

Insert name of Court, and Judicial District and Branch Court:
United States District Court, Northern District Of California

Plaintiffs: RICHARD SEPULVEDA

Defendant: KUN ZHOU, INDIVIDUALLY AND DBA CRABBY CRABBY RESTAURANT; ET A

| AFFIDAVIT OF REASONABLE DILIGENCE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>4 20-cv-08136 HSG |
|---|---|---|---|---|

1. I, TIM AULT, and any employee or independent contractors retained by One Hour Delivery Service are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant KUN ZHOU, INDIVIDUALLY AND DBA CRABBY CRABBY RESTAURANT as follows:

2. **Documents:** Summons In A Civil Action; Complaint For Injunctive Relief And Damages: Denial Of Civil Rights Of A Disabled Person, In Violation Of The Americans With Disabilities Act Of 1990 As Amended, And Violation Of California's Civil Rights Statues; Scheduling Order For Cases Asserting Denial Of Right Of Access Under Americans With Disabilities Act Title II & III (42 U.S.C. 12131-89); Important Advisory Information For Building Owners And Tenants Dal-001; Blank Answer-Disability Access Dal-002; Blank Defendant's Application Pursuant To Civil Code Section 55.54 Dal-005; Blank Confidential Cover Sheet And Declaration Dal-006; Blank Notice Of Stay Of Proceedings And Early Evaluation Conference Joint Inspection Dal-010; Blank Proof Of Service Dal-012; Blank Application For Mandatory Evaluation Conference Dal-015; Blank Notice Of Mandatory Evaluation Conference Dal-020.

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Wed | 11/25/20 | 12:27pm | Business | I SPOKE TO "JANE DOE" (H/F/22/5'2/110). THE SUBJECT WAS NOT HOME. Attempt made by: TIM AULT. Attempt at: 16490 EAST 14TH ST SAN LEANDRO, CA 94578. |
| Fri | 11/27/20 | 5:18pm | Business | I SPOKE TO "JANE DOE" (A/F/30/5'6/130). THE SUBJECT WAS NOT HOME. Attempt made by: TIM AULT. Attempt at: 16490 EAST 14TH ST SAN LEANDRO, CA 94578. |
| Sun | 11/29/20 | 12:39pm | Business | Substituted Service on: KUN ZHOU, INDIVIDUALLY AND DBA CRABBY CRABBY RESTAURANT Business - 16490 EAST 14TH ST SAN LEANDRO, CA 94578 by Serving: TIAN "DOE", EMPLOYEE, DID NOT GIVE LAST NAME, Asian, Female, 30 Years Old, Brown Hair, Brown Eyes, 5 Feet 6 Inches, 130 Pounds a Person in charge at least 18 years of age apparently in charge of the office or usual place of business of the person served. Served by: TIM AULT |

| Attorney or Party without Attorney:<br>RICHARD A. MAC BRIDE ESQ., Bar #199695<br>LAW OFFICES OF RICHARD A. MAC BRIDE<br>855 MARINA BAY PARKWAY<br>#210<br>RICHMOND, CA 94804 | | For Court Use Only |
|---|---|---|
| Telephone No: 415-730-6289     FAX: No: 510-439-2786 | | |
| Attorney for: Plaintiffs | Ref. No or File No.:<br>SEPULVEDA V ZHOU | |
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court, Northern District Of California | | |
| Plaintiffs: RICHARD SEPULVEDA | | |
| Defendant: KUN ZHOU, INDIVIDUALLY AND DBA CRABBY CRABBY RESTAURANT; ET A | | |

| AFFIDAVIT OF REASONABLE DILIGENCE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>4 20-cv-08136 HSG |
|---|---|---|---|---|

| Day | Date | Time | Location | R e s u l t s |
|---|---|---|---|---|

3. Person Executing
  a. TIM AULT
  b. One Hour Delivery Service
     2920 Camino Diablo Ste. 100
     WALNUT CREEK, CA 94597
  c. 925-947-3470, FAX 925-947-3480

Recoverable Costs Per CCP 1033.5(a)(4)(B)
d. The Fee for service was: $87.00
e. I am:  (3) registered California process server
         (i)   Independent Contractor
         (ii)  Registration No.:    924
         (iii) County:              ALAMEDA
         (iv)  Expiration Date:     Sat, Mar. 05, 2022

4. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.
  Date: Mon, Nov. 30, 2020

Page Number 2

_____
(TIM AULT)

AFFIDAVIT OF REASONABLE DILIGENCE

681657.macb.91339

| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|
| RICHARD A. MAC BRIDE ESQ., Bar #199695<br>LAW OFFICES OF RICHARD A. MAC BRIDE<br>855 MARINA BAY PARKWAY<br>#210<br>RICHMOND, CA  94804 | | |
| Telephone No: 415-730-6289          FAX No: 510-439-2786 | | |
| richardmacbridelaw@gmail.com | Ref. No or File No.: | |
| Attorney for: Plaintiffs | SEPULVEDA V ZHOU | |

| Insert name of Court, and Judicial District and Branch Court: |
|---|
| United States District Court, Northern District Of California |

| Plaintiffs: RICHARD SEPULVEDA |
|---|
| Defendant: KUN ZHOU, INDIVIDUALLY AND DBA CRABBY CRABBY RESTAURANT; ET A |

| PROOF OF SERVICE<br>By Mail | Hearing Date: | Time: | Dept/Div: | Case Number:<br>4 20-cv-08136 HSG |
|---|---|---|---|---|

1. I am over the age of 18 and not a party to this action.  I am employed in the county where the mailing occurred.

2. I served copies of the Summons In A Civil Action; Complaint For Injunctive Relief And Damages: Denial Of Civil Rights Of A Disabled Person, In Violation Of The Americans With Disabilities Act Of 1990 As Amended, And Violation Of California's Civil Rights Statues; Scheduling Order For Cases Asserting Denial Of Right Of Access Under Americans With Disabilities Act Title Ii & Iii (42 U.S.C. 12131-89); Important Advisory Information For Building Owners And Tenants Dal-001; Blank Answer-Disability Access Dal-002; Blank Defendant's Application Pursuant To Civil Code Section 55.54 Dal-005; Blank Confidential Cover Sheet And Declaration Dal-006; Blank Notice Of Stay Of Proceedings And Early Evaluation Conference Joint Inspection Dal-010; Blank Proof Of Service Dal-012; Blank Application For Mandatory Evaluation Conference Dal-015; Blank Notice Of Mandatory Evaluation Conference Dal-020

3. By placing a true copy of each document in the United States mail, in a sealed envelope by **First Class** mail with postage prepaid as follows:

   a. Date of Mailing:          Mon., Nov. 30, 2020
   b. Place of Mailing:         WALNUT CREEK, CA  94597
   c. Addressed as follows:     KUN ZHOU, INDIVIDUALLY AND DBA CRABBY CRABBY RESTAURANT
                                16490 EAST 14TH ST
                                SAN LEANDRO, CA  94578

4. I am readily familiar with the business practice for collection and processing of correspondence as deposited with the U.S. Postal Service on Mon., Nov. 30, 2020 in the ordinary course of business.

5. *Person Serving:*                                         Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. PETER  HOUSE                     d. *The Fee for Service was:*    $87.00
   b. One Hour Delivery Service        e. I am: (3)  registered California process server
      2920 Camino Diablo Ste. 100             (i)     Employee
      WALNUT CREEK, CA  94597                 (ii)    Registration No.:      641
   c. 925-947-3470, FAX 925-947-3480          (iii)   County:                CONTRA COSTA

8. **I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.**
   Date: Mon, Nov. 30, 2020

| Attorney or Party without Attorney: | | | | | For Court Use Only |
|---|---|---|---|---|---|
| RICHARD A. MAC BRIDE ESQ., Bar #199695<br>LAW OFFICES OF RICHARD A. MAC BRIDE<br>855 MARINA BAY PARKWAY<br>#210<br>RICHMOND, CA 94804 | | | | | |
| Telephone No: 415-730-6289    FAX No: 510-439-2786 | | | | | |
| richardmacbridelaw@gmail.com | | Ref. No. or File No.: | | | |
| Attorney for: Plaintiffs | | SEPULVEDA V ZHOU | | | |

Insert name of Court, and Judicial District and Branch Court:

United States District Court, Northern District Of California

Plaintiffs: RICHARD SEPULVEDA

Defendant: KUN ZHOU, INDIVIDUALLY AND DBA CRABBY CRABBY RESTAURANT; ET A

| PROOF OF SERVICE SUMMONS | Hearing Date: | Time: | Dept/Div: | Case Number:<br>4 20-cv-08136 HSG |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons In A Civil Action Complaint For Injunctive Relief And Damages: Denial Of Civil Rights Of A Disabled Person, In Violation Of The Americans With Disabilities Act Of 1990 As Amended, And Violation Of California's Civil Rights Statues; Scheduling Order For Cases Asserting Denial Of Right Of Access Under Americans With Disabilities Act Title Ii & Iii (42 U.S.C. 12131-89); Important Advisory Information For Building Owners And Tenants Dal-001; Blank Answer-Disability Access Dal-002; Blank Defendant's Application Pursuant To Civil Code Section 55.54 Dal-005; Blank Confidential Cover Sheet And Declaration Dal-006; Blank Notice Of Stay Of Proceedings And Early Evaluation Conference Joint Inspection Dal-010; Blank Proof Of Service Dal-012; Blank Application For Mandatory Evaluation Conference Dal-015; Blank Notice Of Mandatory Evaluation Conference Dal-020

3. a. Party served:                    HOPEWEALTH LLC
   b. Person served:                   JINTANG ZHANG, AGENT FOR SERVICE

4. Address where the party was served:   JINTANG ZHANG, AGENT FOR SERVICE
                                         100 CREST ROAD
                                         PIEDMONT, CA 94611

5. I served the party:
   a. by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Sun., Nov. 29, 2020 (2) at: 5:39PM

7. Person Who Served Papers:                              Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. TIM AULT                          d. The Fee for Service was:    $78.50
   b. One Hour Delivery Service         e. I am: (3) registered California process server
      2920 Camino Diablo Ste. 100              (i)   Independent Contractor
      WALNUT CREEK, CA 94597                   (ii)  Registration No.:    924
   c. 925-947-3470, FAX 925-947-3480           (iii) County:             ALAMEDA
                                               (iv)  Expiration Date:    Sat, Mar. 05, 2022

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.
   Date: Mon, Nov. 30, 2020

PROOF OF SERVICE
SUMMONS

(TIM AULT)

681660  .macb.91340