RICHARD MAC BRIDE, SB# 199695
LAW OFFICES OF RICHARD A. MAC BRIDE
855 Marina Bay Parkway, Suite 210
RICHMOND, CA 94804
Phone 415-730-6289
Fax 510-439-2786
Attorney for Richard Sepulveda

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Richard Sepulveda, | ) Case Number 20-8136 HSG |
| | ) |
| Plaintiff, | ) |
| | ) |
| Vs. | ) DECLARATION IN SUPPORT OF |
| | ) REQUEST FOR ENTRY OF DEFAULT |
| | ) AGAINST DEFENDANT HOPEWEALTH |
| Kun Zhou, et al., | ) LLC [FRCP 12(a), 55(a)] |
| | ) |
| Defendants. | ) |
| | ) |
| | ) |
| | ) |

I, Richard Mac Bride, attorney of record for the plaintiff herein, declare as follows in support of the Request for Entry of Default against defendant Hopewealth LLC.

1. This case was filed on November 18, 2020 (Docket #1).

2. On November 29, 2020, process was effectuated on defendant Hopewealth LLC, as follows:

3. Defendant Hopewealth LLC: The process server Tim Ault of One Hour Delivery Service served process on Jintang Zhang, the designated agent for service of process for Hopewealth LLC with the California Secretary of State, at the designated address for the agent, 100 Crest Road, Piedmont, CA 94611, on November 29, 2020. The proof of service for this was filed with this court on December 13, 2020. (See Docket #13, Proof of Service.) The 21st day after November 29, 2020 was December 19, 2020.

4. Under California law, in lieu of personal service, a copy of the summons and complaint can be served by leaving a copy of the summons and complaint at the person's dwelling house, usual place of abode, usual place of business, or usual mailing address other than a United States Postal Service post office box, in the presence of a competent member of the

household or a person apparently in charge, and by thereafter mailing a copy of the summons and complaint by first class mail, postage prepaid to the person to be served at the place where a copy of the summons and complaint were left. Process can also be effectuated on the official agent that the company has designated for this purpose with the Secretary of State of California. Service of a summons in this manner is deemed completed on the 10th day after the mailing. (Cal. Code of Civ. Proc. §415.20.)

5. Exhibit 1 hereto shows two printouts from the California Secretary of State's web site. They were obtained November 18, 2020. They show that Jintang Zhang is the agent for service of process at 100 Crest Road, Piedmont, CA 94611, where process was served.

6. No representative of Hopewealth LLC has tried to contact me.

Under penalty of perjury on December 29, 2020 in Richmond, California.

Signed: Richard A. Mac Bride /s/ Richard A. Mac Bride

Attorney for Plaintiff

---

**Alex Padilla**
**California Secretary of State**

 # Business Search - Entity Detail

The California Business Search is updated daily and reflects work processed through Tuesday, November 17, 2020. Please refer to document **Processing Times** for the received dates of filings currently being processed. The data provided is not a complete or certified record of an entity. Not all images are available online.

## 201119410285    HOPEWEALTH LLC

| | |
|---|---|
| **Registration Date:** | 06/29/2011 |
| **Jurisdiction:** | CALIFORNIA |
| **Entity Type:** | DOMESTIC |
| **Status:** | ACTIVE |
| **Agent for Service of Process:** | JINTANG ZHANG |
| | 100 CREST RD |
| | PIEDMONT CA 94611 |
| **Entity Address:** | 100 CREST RD |
| | PIEDMONT CA 94611 |
| **Entity Mailing Address:** | 100 CREST RD |
| | PIEDMONT CA 94611 |
| **LLC Management** | Member Managed |

🛒 **Certificate of Status**

A Statement of Information is due EVERY ODD-NUMBERED year beginning five months before and through the end of June.

| Document Type ⇅ | File Date ⇅ | PDF |
|---|---|---|
| SI-NO CHANGE | 03/29/2019 | |
| SI-COMPLETE | 05/02/2016 | |
| REGISTRATION | 06/29/2011 | |

\* Indicates the information is not contained in the California Secretary of State's database.

**Note:** If the agent for service of process is a corporation, the address of the agent may be requested by ordering a status report.

- For information on checking or reserving a name, refer to **Name Availability**.
- If the image is not available online, for information on ordering a copy refer to **Information Requests**.
- For information on ordering certificates, status reports, certified copies of documents and copies of documents not currently available in the Business Search or to request a more extensive search for records, refer to **Information Requests**.
- For help with searching an entity name, refer to **Search Tips**.
- For descriptions of the various fields and status types, refer to **Frequently Asked Questions**.

16-416586



# State of California
## Secretary of State

**STATEMENT OF INFORMATION**
(Limited Liability Company)

Filing Fee $20.00. If this is an amendment, see instructions.

**IMPORTANT — READ INSTRUCTIONS BEFORE COMPLETING THIS FORM**

126

L

**FILED**
Secretary of State
State of California

**MAY 0 2 2016**

1. LIMITED LIABILITY COMPANY NAME

HOPEWEALTH LLC

This Space For Filing Use Only

## File Number and State or Place of Organization

2. SECRETARY OF STATE FILE NUMBER **201119410285**

3. STATE OR PLACE OF ORGANIZATION (If formed outside of California) CA

## No Change Statement

4. If there have been any changes to the information contained in the last Statement of Information filed with the California Secretary of State, or no Statement of Information has been previously filed, this form must be completed in its entirety.

☐ If there has been no change in any of the information contained in the last Statement of Information filed with the California Secretary of State, check the box and proceed to Item 15.

## Complete Addresses for the Following (Do not abbreviate the name of the city. Items 5 and 7 cannot be P.O. Boxes.)

| | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 5. STREET ADDRESS OF PRINCIPAL OFFICE<br>100 CREST ROAD | PIEDMONT, | CA | 94611 |
| 6. MAILING ADDRESS OF LLC, IF DIFFERENT THAN ITEM 5 | | | |
| 7. STREET ADDRESS OF CALIFORNIA OFFICE<br>100 CREST ROAD | PIEDMONT | CA | 94611 |

## Name and Complete Address of the Chief Executive Officer, If Any

| 8. NAME | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| JINTANG ZHANG | 100 CREST ROAD | PIEDMONT, CA | | 94611 |

## Name and Complete Address of Any Manager or Managers, or if None Have Been Appointed or Elected, Provide the Name and Address of Each Member (Attach additional pages, if necessary.)

| | NAME | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|---|
| 9. | JINTANG ZHANG | 100 CREST ROAD | PIEDMONT, CA | | 94611 |
| 10. | LUCY S. LING | 100 CREST ROAD | PIEDMONT, CA | | 94611 |
| 11. | | | | | |

## Agent for Service of Process

If the agent is an individual, the agent must reside in California and Item 13 must be completed with a California address, a P.O. Box is not acceptable. If the agent is a corporation, the agent must have on file with the California Secretary of State a certificate pursuant to California Corporations Code section 1505 and Item 13 must be left blank.

12. NAME OF AGENT FOR SERVICE OF PROCESS
JINTANG ZHANG

13. STREET ADDRESS OF AGENT FOR SERVICE OF PROCESS IN CALIFORNIA, IF AN INDIVIDUAL
100 CREST ROAD.   CITY PIEDMONT   STATE CA   ZIP CODE 94611

## Type of Business

14. DESCRIBE THE TYPE OF BUSINESS OF THE LIMITED LIABILITY COMPANY
REAL ESTATE INVESTMENT & MANAGEMENT

15. THE INFORMATION CONTAINED HEREIN, INCLUDING ANY ATTACHMENTS, IS TRUE AND CORRECT.

| APRIL 1, 2016 | JINTANG ZHANG | MANAGER | |
|---|---|---|---|
| DATE | TYPE OR PRINT NAME OF PERSON COMPLETING THE FORM | TITLE | SIGNATURE |

LLC-12 (REV 01/2014)   APPROVED BY SECRETARY OF STATE

Exhibit 1