RICHARD MAC BRIDE, SB# 199695
Law Offices Richard Mac Bride
855 Marina Bay Parkway, Suite 210
RICHMOND, CA 94804
Phone 415-730-6289
Fax 510-439-2786
Attorney for Richard Sepulveda

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Richard Sepulveda, Plaintiff, | ) Case Number 20-8136 HSG |
| vs, | ) |
| | ) |
| Kun Zhou, et al., Defendants. | ) PLAINTIFF'S MOTION FOR |
| | ) MISCELLANEOUS RELIEF (TO RESET |
| | ) HEARING TO A LATER DATE) |
| | ) |
| | ) |
| | ) |

To this Honorable Court and to defense counsel of Record:

NOTICE OF MOTION

Plaintiff hereby moves for miscellaneous relief. This motion is based upon Local Rule 7-11, Local Rule 7-7(b)(2), and the files and records of this case. Plaintiff requests that this Court grant a continuance of the hearing for the case management conference, presently set for June 29, 2021 at 2 pm, to July 13 at 2 pm, or such other time as is convenient for the Court.

MOTION

Plaintiff's counsel, Richard A. Mac Bride, is married to a Spanish citizen. He has not been able to visit his relatives in Spain since the beginning of the Covid-19 crisis in March 2020 due to restrictions on travel. Plaintiff's counsel has finally been able to obtain flight tickets to visit Spain from June 28, 2021 to July 12, 2021, inclusive. The flight on June 28, 2021 departs from San Francisco airport at 12:35 pm on American Airlines to Miami, then connecting with Iberia Airlines

to Madrid, arriving at 1:55 p.m. (Spain time) the next day June 29 (5 a.m. California time). However, the final destination is Alicante, Spain, and I do not arrive there until 9 p.m. (Spain time) on June 29 (12 noon California time). Thus, at the precise time of the hearing on June 29, 2021 at 2 p.m. (California time), plaintiff's counsel will be just arrived to Spain after some 23 hours of continuous travel. It is not clear whether a video link will be possible to arrange in such a short time.

For all these reasons, plaintiff respectfully requests that the case management hearing be reset from its present setting on June 29, 2021 at 2 pm to July 13, 2021 at 2 pm, or such other date as is convenient for the Court.

Plaintiff's counsel is a sole practitioner, and there is no one else in his office who could attend in his place.

Federal Courts have the power under the Federal Rules to manage the course of the litigation to maximize efficiency in the administration of justice. (Federal Rules of Civil Procedure #16 and #83.)

At this juncture, plaintiff respectfully requests that the case management hearing date be continued to July 13, 2021 at 2 pm or another date convenient to the Court.

Under penalty of perjury under the laws of the State of California in Richmond, California on June 12, 2021.

Richard A. Mac Bride /s/ Richard A. Mac Bride
Counsel for Plaintiff

# [PROPOSED] ORDER

In the case of Sepulveda v. Kun Zhou et al., 20-8136 HSG, having considered plaintiff's request to postpone the case management hearing from June 29, 2021 to July 13, 2021, and for good cause appearing, it is hereby ORDERED:

1. That the hearing on plaintiff's motion to amend the complaint is continued to July 13, 2021 at 2 pm.

Date: _____          _____

                                                               Haywood S. Gilliam, Jr.

                                                               United States District Judge