# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| , <br> Plaintiff(s) <br><br> v. <br><br><br> , <br> Defendant(s) | Case No. C <br><br><br> NOTICE OF SETTLEMENT OF ADA ACCESS CASE <br><br> (ADA ACCESS CASES) |

The parties have reached an agreement to resolve this action in its entirety and intend to file a dismissal within _____ days.

The parties have executed a written settlement agreement and exchanged signed copies.

Date:

Signed: _____
                          Attorney for Plaintiff(s)

Signed: _____
                          Attorney for Defendant(s)

Signed: _____
                          Attorney for Defendant(s)

*Important! E-file this form in ECF using event name: "Notice of Settlement of ADA Access Case"*

*Form GO 56- Notice of Settlement of ADA Access Case – new 01-2020*